■ NELSTAD MATERIAL CORP., Respondent, v FROST SAND & GRAVEL CORP., Appellant. [702 NYS2d 922] —In an action, *inter alia*, to recover damages for breach of contract, the defendant appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Rudolph, J.), entered February 8, 1999, as denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

We agree with the Supreme Court that there are triable issues of fact which preclude the granting of summary judgment (see, CPLR 3212 [b]). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.

■ NISSAN MOTOR ACCEPTANCE CORPORATION, Plaintiff, v SHARI L. ROSEN, Defendant and Third-Party Plaintiff-Appellant. GLENN FOX et al., Third-Party Defendants; MERCHANTS & BUSINESS MEN'S MUTUAL INSURANCE COMPANY et al., Third-Party Defendants-Respondents. [702 NYS2d 920] —In an action to recover damages for breach of contract, the defendant third-party plaintiff Shari Lyn Rosen appeals from so much of the order of the Supreme Court, Nassau County (Burke, J.), dated May 28, 1998, as denied her motion for summary judgment on the causes of action of the third-party complaint asserted against the third-party defendants Merchants & Business Men's Mutual Insurance Company and Nu-Main of New York, Inc.

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendant third-party plaintiff failed to establish her entitlement to judgment as a matter of law (see, *Zuckerman v City of New York,* 49 NY2d 557; *Perna v Ellner,* 262 AD2d 620; *Revelo v Weithorn,* 253 AD2d 869). Therefore, her motion for summary judgment was properly denied, regardless of the sufficiency of the respondents' opposing papers (see, *Winegrad v New York Univ. Med. Ctr.,* 64 NY2d 851). Mangano, P. J., Altman, Schmidt and Smith, JJ., concur.